199. The petition does not allege, nor the proof show, that the petitioners ever made or presented to Giles any such certificate as is required by said fifth clause to be made and presented. Neither does the petition allege, or the proof show, the making and presentation of such a certificate by the architect as is required by that clause. The one described in the petition and given in evidence falls substantially short of that required. Nor is there any waiver or excuse alleged or shown in respect to either of said certificates. The contract being the foundation of the petitioner's proceeding, and being in all respects lawful and valid, it can be enforced only as the parties have made it. The court was powerless to dispense with the condition precedent to which the court has referred. Decree reversed. Opinion by McALLISTER, J. Judge below, GEORGE GARDNER. Attorneys, for plaintiff in error, Messrs. KING & PACKARD ; for defendant in error, Mr. EUGENE E. PRUSSING. Opinion filed April 7, 1886.

No. 47—2317. Albert Hurzfield et al. v. David Cohen. As the court finds no support in the record for any of the points raised on behalf of appellants, the judgment is affirmed. Opinion PER CURIAM. Judge below, JOHN G. ROGERS. Attorneys, for appellants, Messrs. FLOWER, REMY & GREGORY and Mr. FRED. L. BROOKS; for appellee, Messrs. BYAM, WEINSCHENK & GRIESBURG.

No. 44—2314. David W. Kean v. J. Fred Hammerly. Case originated in justice's court, shows a meritorious cause of action in favor of appellee, to which no defense was established. Affirmed. Opinion PER CURIAM. Judge below, KIRK HAWES. Attorneys, for appellant, Mr. A. A. EXLINE ; for appellee, Messrs. C. & W. L. DE WOLF. Opinion filed April 28, 1886.

No. 40—2310. George E. White et al. v. John E. Liston. The evidence legitimately tended to support the verdict, and there is no question of law presented by the record. Affirmed. Opinion PER CURIAM. Judge below, JOSEPH E. GARY. Attorneys, for appellants, Messrs. MUNN & WHEELER; for appellee, Mr. WM. J. MANNING and Mr. PERCY V. CASTLE. Opinion filed April 28, 1886.

No. 46—2316. Crane Brothers' Manufacturing Company